HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
QUENTIN DORRIS-VACA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-0121-AC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | SETTING ARRAIGNMENT RE |
| v. | ) | INFORMATION |
| | ) | |
| QUENTIN DORRIS-VACA, | ) | Judge:  Hon. Allison Claire |
| | ) | Date:    June 16, 2025 |
| Defendant. | ) | Time:    9:00 a.m. |
| | ) | |
| | ) | |

Defendant, QUENTIN DORRIS-VACA, by and through his attorney of record, Assistant

Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of

record, Nicole Moody, hereby stipulate to and request an order from this Court setting a hearing

for arraignment on the information filed in the above-captioned case for June 30, 2025, at 2:00

p.m. Mr. Dorris-Vaca resides in Reno, Nevada, and will appear for arraignment on his own

recognizance.

An information was filed in this case on May 12, 2025, and the case was initially

scheduled for an initial appearance on June 9, 2025 at 9:00 a.m., and was later rescheduled to

June 16, 2025 at 2:00 p.m. Mr. Vaca is not available to appear on June 16, however he is

available to appear on June 30, 2025 at 2:00 p.m., and the government is also amenable to that

date.

/ / /

1    It is therefore the request of the parties that the arraignment in this matter be continued to June

2    30, 2025, at 2:00 p.m. before the duty magistrate judge.

3

4    Dated: June 6, 2025                                Respectfully submitted,

5                                                       HEATHER E. WILLIAMS
                                                        Federal Public Defender
6
                                                        */s/ Megan T. Hopkins*
7                                                       MEGAN T. HOPKINS
                                                        Assistant Federal Defender
8                                                       Attorney for Defendant
                                                        QUENTIN DORRIS-VACA
9

10                                                      MICHELLE BECKWITH
                                                        Acting United States Attorney
11

12    DATED: June 6, 2025                                */s/ Nicole Moody*
                                                        NICOLE MOODY
13                                                      Assistant United States Attorney
                                                        Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Set Arraignment re Information            -2-              *United States v. Quentin Dorris-Vaca*

### [PROPOSED] O R D E R

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT a

hearing for arraignment on the information be set for June 30, 2025, at 2:00 p.m.

Dated:  June 6, 2025

_____

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE