HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
P: 916-498-5700/F: 916-498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
QUENTIN DORRIS VACA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> QUENTIN DORRIS VACA, JR. <br><br> Defendant. | NO. 2:25-CR-0121-AC <br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE <br><br> DATE: July 8, 2025 <br> TIME: 2:00 p.m. <br> JUDGE: CAROLYN K. DELANEY |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney NICOLE MOODY, attorney for the United States, and Assistant Federal Defender MEGAN T. HOPKINS attorney for QUENTIN DORRIS VACA, JR. that the Court continue the initial appearance currently set for June 30, 2025, to July 8, 2025 at 2:00 pm.

    The continuance is requested due to Mr. Vaca's financial needs. He is on a fixed income reliant on social security, and will not be receiving funds in time to appear on June 30, 2025. He will be able to afford transportation to Court and make his initial appearance on July 8, 2025.

///

///

///

Stipulation and [Proposed] Order to Continue IA      -1-      *United States v. Quentin Dorris Vaca*

1  Accordingly the parties agree and request that the matter be continued so that Mr. Vaca may
2  appear on July 8, 2025, without causing him undue financial hardship.

4  Dated:  June 20, 2025            Respectfully submitted,

6                                   HEATHER E. WILLIAMS
                                    Federal Defender

7                                   */s/ Megan T. Hopkins*
                                    MEGAN T. HOPKINS
8                                   Assistant Federal Defender
                                    Attorney for QUENTIN DORRIS VACA, JR.

10 Date: June 20, 2025              MICHELE BECKWITH
                                    Acting United States Attorney

12                                  */s/ Nicole Moody*
                                    NICOLE MOODY
13                                  Special Assistant United States Attorney
                                    Attorneys for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the initial appearance currently set for June 30, 2025 be continued to July 8, 2025, at 2:00 p.m. for the reasons stated above.

Dated: June 20, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

-3-